UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT

EMPLOYER INSURANCE OF WAUSAU,

    Plaintiff,

v.                                                      Case No. 4:86-cv-00048

McGRAW-EDISON CO, et al              Hon . Robert J. Jonker

    Defendants.

and

McGRAW-EDISON CO.,

    Counter Plaintiff and Cross Plaintiff,

v.

EMPLOYERS INSURANCE OF WAUSAU,

    Defendants.

_____

## **APPEARANCE**

NOW COMES LAW OFFICE STORCK & DINVERNO, by BRIAN R. GARVES, and hereby enters his Appearance in this matter as counsel for Defendant, EMPLOYERS INSURANCE COMPANY OF WAUSAU, f/k/a EMPLOYERS INSURANCE OF WAUSAU, A MUTUAL COMPANY.

LAW OFFICE OF STORCK & DINVERNO

BY: _____
Brian R. Garves(P37980)
Attorney for Defendant
700 Tower Drive, Suite 550
Troy, MI 48098
(248) 631-2101

Dated:  December 4, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2014, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants and I hereby certify that I have mailed by United States Postal Service the paper to all non-ECF participants as needed.