UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPLOYERS INSURANCE OF WAUSAU,

    Plaintiff,

v.                                                                 Civil Action No. K86-48
                                                                   Hon. Robert J. Jonker

McGRAW-EDISON CO. *et al*.,

    Defendants,
                                                        /

Clinton E. Cameron (P-45567)
TROUTMAN SANDERS LLP
55 W. Monroe St., Suite 3000
Chicago, IL 60603

Telephone: (312) 759-1920
Facsimile: (312) 759-1935
E-Mail: clinton.cameron@troutmansanders.com

*Attorneys for Third-Party Defendants Columbia Casualty Company, OneBeacon Insurance Company and OneBeacon America Insurance Company*
                                                                            /

**RESPONSE OF COLUMBIA CASUALTY COMPANY, ONEBEACON INSURANCE COMPANY, AND ONEBEACON AMERICA INSURANCE COMPANY TO RESPONSE OF COUNSEL TO COURT ORDER OF DECEMBER 4, 2014**

Third-Party Defendants Columbia Casualty Company ("Columbia"), OneBeacon Insurance Company, and OneBeacon America Insurance Company (collectively "OneBeacon") respectfully file this Response to the "Response of Counsel to Court Order of December 4, 2014," [Dkt. # 383] (the "Response") solely for the purpose of providing the Court with an appropriate record of certain facts referenced in the Response. The Response says in material part:

> [T]he decision to file the motion [seeking an injunction in New Jersey] was made weeks ago in response to the efforts of defendants to avoid resolving issues in the New Jersey case by filing actions in other jurisdictions. Before filing the motion to enforce in this Court, the defendants had filed actions in Texas and Illinois seeking to address issues within the purview of the New Jersey case. . . .

[Dkt. # 383, at 1].

Columbia and OneBeacon file this paper to explain the facts related to the alleged "actions" filed by the "defendants" in Texas and Illinois. We understand the Response to be referring to activity in two cases: (1) *Cooper Industries, Inc. v. Continental Casualty Co., et al.*, Case No. 4:13-CV-00575 (S.D. Tex.) (the "Texas Case"); and (2) *Employers Insurance Co. v. McGraw-Edison Co., et al.*, Case No. 91-MR-0256 (Ill. Cir. Ct., DuPage Cty) (the "Illinois Case"). The Texas Case was filed by Cooper Industries, LLC ("Cooper") against affiliates of Columbia (the "CNA Companies") (but not affiliates of OneBeacon or any other party in this case) in relation to Cooper's assertion that those parties had an obligation to defend certain asbestos personal injury suits against Cooper. During the course of the Texas Case, the CNA Companies filed counterclaims. Those counterclaims are attached for the Court's reference (as "Exhibit A"). As stated in that document, as of the time the counterclaims were filed Cooper had filed numerous lawsuits in various jurisdictions around the United States in connection with so-called "long-tail claims," like asbestos claims and pollution claims. The CNA Companies sought

1

several different forms of relief from the Texas district court.  Among other things, they asked for declaratory relief on the meaning and effect of the "sudden and accidental" pollution exclusion contained in some of the policies and on the question of whether Cooper had insurance rights under policies issued to McGraw-Edison Company.  Those issues are, in part, related to matters pending in the New Jersey cases brought by Cooper – along with other actions filed by Cooper.  The Texas Case was dismissed by the Texas district court pursuant to an August 13, 2014, order (attached as "Exhibit B") as a result of a settlement.  There has been no further docket activity in the Texas Case since August, and the CNA Companies took no action in that case to preclude the litigation of claims in the multiple venues in which they have been sued by Cooper.

     The Illinois Case was filed in the Circuit Court of DuPage County, Illinois in 1991 by Employers Insurance Company of Wausau.  Wausau is unaffiliated with either Columbia or OneBeacon.  Columbia and OneBeacon are constrained in explaining the proceedings in the Illinois Case because Cooper and other parties stipulated in the 1990's to have the *entire record* of that case sealed after Columbia was dismissed from the case by court order.   In fact, the activity in the Illinois case – which has only been on behalf of Columbia – has been directed solely at seeking relief from the Illinois circuit court in connection with the protective order and sealing order entered in that case.  Columbia filed its motion papers seeking that relief so court orders, discovery, and court filings in that case could be used in the New Jersey litigation.  On October 16, 2014, an agreed order was entered in the Illinois Case, with the consent of Cooper and Columbia, that created a procedure to resolve whether documents can be used outside of the Illinois Case.  That order, like every piece of paper in the Illinois Case, is under seal, and

unfortunately cannot be provided to this Court.  There has been no activity in the Illinois Case related to Columbia following the entry of the agreed order.

Dated:  December 12, 2014            Respectfully submitted,

/s/ Clinton E. Cameron
Clinton E. Cameron (P-45567)
TROUTMAN SANDERS LLP
55 W. Monroe St., Suite 3000
Chicago, IL 60603

Telephone: (312) 759-1920
Facsimile: (312) 759-1935
E-Mail: clinton.cameron@troutmansanders.com

*Attorneys for Third-Party Defendants Columbia Casualty Company,OneBeacon Insurance Company and OneBeacon America Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMPLOYERS INSURANCE OF WAUSAU,

    Plaintiff,

v.                                                                 Civil Action No. K86-48
                                                                    Hon. Robert J. Jonker

McGRAW-EDISON CO. *et al.*,

    Defendants,

                                                                  /

Clinton E. Cameron (P-45565)
TROUTMAN SANDERS LLP
55 W. Monroe St., Suite 3000
Chicago, IL 60603

Telephone: (312) 759-1920
Facsimile: (312) 759-1935
E-Mail: clinton.cameron@troutmansanders.com

*Attorneys for Third-Party Defendants Columbia Casualty Company, OneBeacon Insurance Company and OneBeacon America Insurance Company*

                                                                  /

## CERTIFICATE OF SERVICE

      I, Clinton E. Cameron, hereby certify that a true and correct copy of the foregoing *Response of Columbia Casualty Company, OneBeacon Insurance Company, and OneBeacon America Insurance Company to Response of Counsel to Court Order Of December 4, 2014*, and the documents referenced therein, will be served on the 12th day of December, 2014, via United States Mail, postage prepaid, upon the following entities:

1

| Entity | Address for Service (Registered Agent) | Address for Service (ECF Service List) |
|---|---|---|
| McGraw-Edison | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington DE 19801 | Michael H. Ginsberg<br>Jones Day (PA)<br>500 Grant St., Ste. 4500<br>Pittsburgh, PA 15219<br>(412) 391-3939<br><br>J. Spencer Dreischarf<br>4000 First City Tower<br>P.O. Box 4446<br>Houston, TX 77210<br>(713) 739-5400<br><br>Jack W. Montgomery, III<br>Alder, Cohen & Grigsby<br>625 Liberty Ave., 2900 CNG Tower<br>Pittsburgh, PA 15222<br>(412) 394-4900<br><br>Roger K. Timm<br>Dykema Gossett, PLLC<br>400 Renaissance Ctr., Ste. 3400<br>Detroit, MI 48243-1668<br>(313) 568-6852<br>rtimm@dykema.com |
| Cooper Industries | | Michael H. Ginsberg<br>Jones Day (PA)<br>500 Grant St., Ste. 4500<br>Pittsburgh, PA 15219<br>(412) 391-3939<br>mhginsberg@jonesday.com |
| Insurance Company of North America | The Corporation Company<br>30600 Telegraph Road<br>Bingham Farms, MI 48025 | Margaret J. Arbon<br>Clausen, Miller, Gorman, Caffrey, et al<br>10 S LaSalle St., 18th Fl.<br>Chicago, IL 60603-1098<br>(312) 606-7480 |
| First State Insurance Company | The Corporation Trust Company | Claudia Babiarz<br>3260 Kernway Ct., Ste. 120 |

2

|  | Corporation Trust Center 1209 Orange St. Wilmington DE 19801 | Bloomfield Hills, MI 48013 (248) 646-5829<br><br>Amy Gallent<br>Melito & Adolfsen, PC<br>233 Broadway, Woolworth Bldg.<br>New York, NY 10279-0118<br>(212) 238-8900 |
|---|---|---|
| United States Fire Insurance Company |  | Brian C. Coffey<br>Cohn Baughman & Martin<br>333 W Wacker Dr., Ste. 900<br>Chicago, IL 60606<br>(312) 775-3900<br>brian.coffey@mclolaw.com |
| Commercial Union Insurance Company |  | Clinton E. Cameron<br>Troutman Sanders LLP<br>55 West Monroe Street<br>Chicago IL 60603<br>312.759.1920 (p)<br>clinton.cameron@troutmansanders.com |
| Lexington Insurance Company |  | Charles W. Browning<br>Plunkett Cooney (Bloomfield Hills)<br>38505 Woodward Ave., Ste. 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000<br>Fax: (248) 901-4040<br>cbrowning@plunkettcooney.com |
| American Home Insurance Company |  | Charles W. Browning<br>Plunkett Cooney (Bloomfield Hills)<br>38505 Woodward Ave., Ste. 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000<br>Fax: (248) 901-4040<br>cbrowning@plunkettcooney.com |
| National Union Fire Insurance Company of Pittsburgh, PA |  | Charles W. Browning<br>Plunkett Cooney (Bloomfield Hills)<br>38505 Woodward Ave., Ste. 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000<br>Fax: (248) 901-4040<br>cbrowning@plunkettcooney.com |

| | | |
|---|---|---|
| Granite State Insurance Company | | Charles W. Browning<br>Plunkett Cooney (Bloomfield Hills)<br>38505 Woodward Ave., Ste. 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000<br>Fax: (248) 901-4040<br>cbrowning@plunkettcooney.com |
| AIU Insurance Company | RESIDENT AGENT<br>CSC-Lawyers Incorporating Service Co<br>601 Abbot Road<br>East Lansing, MI 48823<br>(800) 833-9848 | |
| Allianz Insurance Company | The Corporation Company<br>30600 Telegraph Road<br>Bingham Farms, MI 48025 | |
| Associated International Insurance Company | 10 Parkway North<br>Deerfield, IL 60015 | |
| Columbia Casualty Company | | Clinton E. Cameron<br>Troutman Sanders LLP<br>55 West Monroe Street<br>Chicago IL 60603<br>312.759.1920 (p)<br>clinton.cameron@troutmansanders.com |
| New England Insurance Company | Resident Agent<br>The Corporation Company<br>30600 Telegraph Road, Suite #2345<br>Bingham Farms, MI 48025<br>(248) 646-9033 | |
| Allstate Insurance Company (Northbrook Excess & Surplus Insurance Company) | Resident Agent<br>The Corporation Company<br>30600 Telegraph Rd., #2345<br>Bingham Farms, MI 48025 | Dowd & Dowd Ltd<br>55 W Wacker Dr., Ste. 1000<br>Chicago, IL 60601-1699<br>(312) 704-4400<br><br>James R. Piggush<br>Denenberg, Tuffley, Bocan, Jamieson, et al<br>2851 Charlevoix Dr., SE, Ste. 300<br>P.O. Box 876<br>Grand Rapids, MI 49588-0876<br>(616) 942-5544<br>piggushj@michigan.gov |

|  |  |  |
|---|---|---|
| Home Insurance Company *(in liquidation (NH))* |  | Robert S. Cubbin<br>Plunkett & Cooney, PC<br>38505 Woodward Ave., Ste. 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000 |
| Employers Insurance Company of Wausau | CSC-Lawyers Incorporating Service Co<br>601 Abbot Road<br>East Lansing, MI 48823 | Paul L. Gingras<br>Zelle, Hofmann, Voelbel & Gette, LLP<br>33 S 6th St., Ste. 4400<br>Minneapolis, MN 55402<br>(612) 339-2020<br><br>Charles W. Browning<br>Plunkett Cooney (Bloomfield Hills)<br>38505 Woodward Ave., Ste. 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000<br>Fax: (248) 901-4040<br>cbrowning@plunkettcooney.com<br><br>Gregory G. Prasher<br>Prasher Law Group<br>429 Turner Ave., NW<br>Grand Rapids, MI 49504<br>(616) 454-7780<br>greg@prasherlaw.com |

/s/ Clinton E. Cameron
Clinton E. Cameron

*Attorneys for Third-Party Defendants Columbia Casualty Company, OneBeacon Insurance Company, and OneBeacon America Insurance Company*